AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JOHN FISHER,**

       **Plaintiff,**

                                  **JUDGMENT IN A CIVIL CASE**

**vs.**

                                  **CASE NO. 2:12-cv-734**
**DEPUTY SHERIFF RANDY**         **JUDGE EDMUND A. SARGUS, JR.**
**SECOY, ET AL.,**                        **MAGISTRATE JUDGE ELIZABETH P. DEAVERS**

       **Defendants.**

    ___      **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    X      **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

       **Pursuant to the Opinion and Order filed September 19, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: September 19, 2013                          JOHN P. HEHMAN, CLERK

                                                  */S/ Andy F. Quisumbing*
                                                  (By) Andy F. Quisumbing
                                                  Courtroom Deputy Clerk